Walter Chattillion, conservator of estate of George LaPerch, appellant, v. Jacob Dlugon and Charles Dlugon, appellees.

 Heard in this court at the May term, 1938. Opinion filed November 7, 1938. Rehearing denied December 12, 1938.

Turner, Holder & Ackermann, for appellant. Kramer, Campbell, Costello & Wiechert, for appellees.

Mr. Presiding Justice Murphy delivered the opinion of the court.

Bradford National Bank of Greenville, appellee, v. Armoni J. Floyd et al., appellants.

 Heard in this court at the October term, 1937. Opinion filed November 7, 1938.

Matheny & Welker, for appellants. J. H. Allio and Meyer & Meyer, for appellee.

Mr. Justice Edwards delivered the opinion of the court.

Fred Preloger, Jr., appellee, v. Village of Maryville, appellant.

 Heard in this court at the May term, 1938. Opinion filed November 7, 1938.

Manuel M. Wiseman, for appellant; Maynard H. Motz, of counsel. Terry, Gueltig & Powell, for appellee.

Mr. Justice Stone delivered the opinion of the court.

H. F. Enloe, appellee, v. Consolidated Coal Company of St. Louis, appellant.

 Heard in this court at the May term, 1938. Opinion filed November 7, 1938.

Leon A. Colp and Ralph D. Walker, for appellant; Whitnel, Browning, Listeman & Walker, of counsel. D. L. Duty, for appellee.

Mr. Justice Stone delivered the opinion of the court.